**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA COOPER,<br><br>                Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>                Defendant. | CASE NO.  ED CV 08-01161 (RZ)<br><br>JUDGMENT |

       In accordance with the Memorandum Opinion and Order filed concurrently herewith,

       IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

       DATED: July 1, 2009

 

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE